# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-03052-01-CR-S-FJG |
| ) | |
| RHONDA L. JACKSON, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One, Two and Three of the Indictment filed on April 12, 2006, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offenses. Sentencing will be set by subsequent Order of the Court.

        /s/ Fernando J. Gaitan, Jr.
        FERNANDO J. GAITAN, JR.
        UNITED STATES DISTRICT JUDGE

Date: November 2, 2006